IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION                    APR 0 5 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

| | |
|---|---|
| TONI ANN ZERTUCHE, Individually and as § | |
| Wrongful Beneficiary of ANTHONY          § | |
| ZERTUCHE, Deceased, et al.               § | |
|                                          § | |
| V.                                       § | NO.   P-05-CV-006 |
|                                          § | |
| COVENANT TRANSPORT, INC., et al.         § | |

## ORDER DENYING DEFENDANTS' AGREED MOTION FOR LEAVE TO FILE AMENDED PLEADING, FILED MARCH 30, 2005, AS MOOT.

Before the Court is Defendants' Agreed Motion for Leave to File Amended Pleading, filed March 30, 2005 (Doc. #7), in the above-styled and number cause. On March 29, 2005, the Court entered an Order remanding this case back to state court therefore rendering the Motion as Moot. Accordingly,

It is ORDERED that Defendants' Agreed Motion for Leave to File Amended Pleading, filed March 30, 2005 (Doc. #7), is DISMISSED AS MOOT.

SIGNED this ___4___ day of April, 2005.



ROBERT JUNELL
UNITED STATES DISTRICT JUDGE

